# Carrigan & Anderson, PLLC

Attorneys at Law
A PROFESSIONAL LIMITED LIABILITY CORPORATION

**Stephen P. Carrigan**
Attorney
scarrigan@ccatriallaw.com

**David M. Anderson**
Attorney
danderson@ccatriallaw.com

101 N. Shoreline Blvd.
Ste 420
Corpus Christi, TX 78401
Office: 361-884-4433
Facsimile: 361-884-4434
www.carrigananderson.com



May 3, 2024

The Honorable David Morales
United States District Court
Martin Luther King, Jr. Federal Building
312 S. Main, Room 406
Victoria, Texas 77901

**RE:** Civil Action No. 6:23-CV-00018; Inez Perry vs. Minnesota Life Insurance Company; In the United States District Court, Southern District of Texas, Victoria Division

Dear Judge Morales:

The parties have conferred and agreed to schedule the deposition of **INEZ PEREZ** on June 18, 2024 at 10:00 a.m.

Should you have any questions or comments, please do not hesitate to contact me.

Thank you.

Very truly yours,

*/s/ David M. Anderson*

David M. Anderson

cc: Ryan McComber
ryan.mccomber@figdav.com