Case 6:23-cv-00018   Document 49   Filed on 06/25/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| INEZ PERRY, § § | |
| Plaintiff, § | |
| V. § | CIVIL ACTION NO. 6:23-CV-00018 |
| § | |
| MINNESOTA LIFE INSURANCE § § | |
| COMPANY, § § | |
| Defendant. § | |

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice filed and signed by all parties and which the Court hereby deems effective. (D.E. 48); FED. R. CIV. P. 41(a)(1)(A)(ii), (a)(1)(B). Accordingly, the Clerk of Court is **ORDERED** to **CLOSE** this case. The parties shall be responsible for their own attorney fees and costs incurred in connection with this matter.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
   June 25, 2024